UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN HAGELTHORN,

    Plaintiff,

v.

                                  Case No. 15-cv-12635
                                  Hon. Matthew F. Leitman

HENRY FORD HEALTH SYSTEM,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Granting Defendant's Motion for Summary Judgment, dated December 9, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

                              By:   s/Holly A. Monda
                                             Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 9, 2016
Detroit, Michigan